

# Fourth Court of Appeals
## San Antonio, Texas

December 22, 2022

No. 04-22-00656-CV

Richard **PARKER**,
Appellant / Cross-Appellee

v.

**RAD TRUCKING, LTD**, and Raul Romero Vasquez,
Appellees / Cross-Appellant

From the 365th Judicial District Court, Maverick County, Texas
Trial Court No. 16-01-32519-MCVAJA
Honorable Amado J. Abascal III, Judge Presiding

## O R D E R

On October 27, 2022, we ordered appellant to offer a reasonable explanation for filing a late notice of appeal. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997). "[A]ny plausible statement of circumstances indicating that failure to file ... was not deliberate or intentional, but was the result of inadvertence, mistake, or mischance, [would] be accepted as a reasonable explanation." *Garcia v. Kastner Farms, Inc.*, 774 S.W.2d 668, 670 (Tex. 1989); *see also Dimotsis v. State Farm Lloyds*, 966 S.W.2d 657, 657 (Tex. App.—San Antonio 1998, no pet.). Any conduct short of deliberate or intentional noncompliance qualifies as inadvertence, mistake or mischance, even if that conduct can also be characterized as professional negligence. *Garcia*, 774 S.W.2d at 670; *Dimotsis*, 966 S.W.2d at 657. Appellant responded to our order, stating that the error was due to inadvertence. The explanation is reasonable. Therefore, we GRANT the motion for extension of time to file the notice of appeal and ORDER this appeal retained on the court's docket.

Appellant's motion for extension of time to file his brief is GRANTED. Appellant's brief is due **January 23, 2023**.

Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of December, 2022.



MICHAEL A. CRUZ, Clerk of Court